UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.   CR. 07-mj- 0441 (JMF)

KATHERINE BARRIE

### NOTICE OF ATTORNEY APPEARANCE

Please enter my appearance as Court Appointed counsel for the defendant.

Respectfully Submitted,

/s/
_____
H. Heather Shaner  #273 276
Appointed by the Court
1702 S St. N.W.
Washington, D.C. 20009
(202) 265 8210
Fax 202  332 8057